Show Enhanced Docket Report

**ORDER_FOR_RELIEF, TRANSOUT**

## U.S. Bankruptcy Court
## Middle District of Florida (Orlando)
### Bankruptcy Petition #: 6:17-bk-01329-KSJ
#### Internal Use Only

*Assigned to:* Karen S. Jennemann
Chapter 11
Involuntary

*Date filed:* 03/01/2017
*341 meeting:* 04/17/2017
*Deadline for filing claims:* 06/19/2017

*Debtor*
**Eagan Avenatti LLP**
520 Newport Center Drive #1400
New Port Beach, CA 92660
ORANGE-CA
Tax ID / EIN: 00-0000000

represented by **Elizabeth A Green**
Baker & Hostetler LLP
200 S Orange Ave
Suntrust Center, Suite 2300
Orlando, FL 32801
(407) 649-4000
Fax : (407) 841-0168
Email: egreen@bakerlaw.com

**Tiffany D Payne**
Baker Hostetler
PO Box 112
Orlando, FL 32801
(407) 649-4079
Email: tpayne@bakerlaw.com

*Petitioning Creditor*
**Gerald Tobin**
2014 Edgewater Drive #169
Orlando, FL 32804
407-367-8631

*U.S. Trustee*
**United States Trustee - ORL**
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801
407-648-6301

represented by **Jill E Kelso**
Office of the United States Trustee
400 W. Washington Street
Suite 1100
Orlando, FL 32801
(407) 648-6301
Fax : (407) 648-6323
Email: jill.kelso@usdoj.gov

**Audrey M Aleskovsky**
Office of the United States Trustee

George C. Young Federal Building
400 West Washington St, Suite 1100
Orlando, FL 32801
407-648-6301 Ext 130
Fax : 407-648-6323
Email: Audrey.M.Aleskovsky@usdoj.gov

Show Enhanced Docket Report
One Click Hearings
No Sua Sponte eOrders found for this case

| Filing Date | # | Docket Text |
|---|---|---|
| 03/01/2017 | 1 (4 pgs) | Chapter 11 Involuntary Petition. Re: Eagan Avenatti LLP. Filed by Petitioning Creditors(s): Gerald Tobin. (Calderon, Vivianne) (Entered: 03/02/2017) |
| 03/02/2017 |  | Receipt of Filing Fee. Receipt Number 84639, Fee Amount $1,717.00 . (Calderon, Vivianne) (Entered: 03/02/2017) |
| 03/02/2017 | 2 (2 pgs) | Involuntary Summons Issued on Eagan Avenatti LLP. (Calderon, Vivianne). Related document(s) 1. (Entered: 03/02/2017) |
| 03/02/2017 |  | Assignment of the Honorable Karen S. Jennemann, Bankruptcy Judge to this case . (Calderon, Vivianne) (Entered: 03/02/2017) |
| 03/02/2017 |  | (private) Remarks: *Involuntary Summons with copy of Involuntary Petition given today to Mr. Tobin (407-367-8631).* (related document(s)2, 1). (Calderon, Vivianne) (Entered: 03/02/2017) |
| 03/06/2017 | 3 (34 pgs; 6 docs) | Emergency Motion for Relief from Stay (Fee Paid.) *(Limited Relief From Stay)* Filed by Isaac Marcushamer on behalf of Creditor Jason Frank Law, PLC (Attachments: # 1 Exhibit A - Report on Preliminary Hearing and Scheduling Order No. 1 # 2 Exhibit B - Final Order Re: Claimant Motions for Sanctions # 3 Exhibit C - Order Re: Jason Frank Motion to Compel Depositions # 4 Exhibit D - Electronic mail string dated February 28, 2017 through March 1, 2017 # 5 Exhibit E - Electronic mail dated March 2, 2017 from Phillip A. Baker) (Marcushamer, Isaac) (Entered: 03/06/2017) [Denying by #21] [CM03] |

Middle District of Florida Live Database
Case 8:17-bk-11878-CB   Doc 1-1   Filed 05/10/17   Entered 05/10/17 14:53:01   Page 3 of 14
                                    docket   Page 3 of 14

| | | |
|---|---|---|
| 03/06/2017 | | Receipt of Filing Fee for Motion for Relief From Stay(6:17-bk-01329-KSJ) [motion,mrlfsty] ( 181.00). Receipt Number 52921603, Amount Paid $ 181.00 (U.S. Treasury) (Entered: 03/06/2017) |
| 03/06/2017 | 4 (2 pgs) | Certificate of Necessity *of Request for Emergency Hearing* Filed by Isaac Marcushamer on behalf of Creditor Jason Frank Law, PLC (related document(s)3). (Marcushamer, Isaac) (Entered: 03/06/2017) |
| 03/06/2017 | 5 (31 pgs; 6 docs) | Declaration re: *Declaration of Jason M. Frank in Support of Creditor, Jason Frank Law, PLC's Emergency Motion for Limited Relief From the Automatic Stay* Filed by Isaac Marcushamer on behalf of Creditor Jason Frank Law, PLC. (Attachments: # 1 Exhibit A - Scheduling Order # 2 Exhibit B - Final Order re: JFL's Motion for Sanctions # 3 Exhibit C - Order Re: JFL's Motion to Compel Depositions # 4 Exhibit D - Email string between February 28, 2017 and March 1, 2017 # 5 Exhibit E - Email dated March 2, 2017 and Notice of Automatic Stay) (Marcushamer, Isaac) (Entered: 03/06/2017) |
| 03/07/2017 | 6 (1 pg) | Notice *of Appearance for Purposes of CM/ECF* Filed by U.S. Trustee United States Trustee - ORL. (Kelso, Jill) (Entered: 03/07/2017) |
| 03/07/2017 | | Preliminary Hearing Scheduled for 03/08/2017 02:00pm Orlando, FL - Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. Re: Emergency Motion for Relief from Stay (Fee Paid.) (Limited Relief From Stay) Doc 3. **This entry is not an official notice of hearing from the court. Noticing Instructions: Isaac Marcushamer is directed to prepare, file and serve the notice of hearing on interested parties within 3 days. Failure to comply with the noticing instructions will result in cancellation of the hearing that addresses this specific matter.** (related document(s)3). (Chap, Dkt) (Entered: 03/07/2017) |
| | 7 (5 pgs) | Notice of Hearing on Creditor, Jason Frank Law, PLC's Emergency Motion for Limited Relief From the Automatic Stay Filed by Isaac Marcushamer on behalf of Creditor Jason Frank Law, PLC (related document(s)3). Hearing scheduled for 3/8/2017 at |

Middle District of Florida Live Database
Case 8:17-bk-11878-CB    Doc 1-1    Filed 05/10/17    Entered 05/10/17 14:53:01    Page Desc 4 of 14
docket    Page 4 of 14

| | | |
|---|---|---|
| 03/07/2017 | | 02:00 PM at Orlando, FL - Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. (Marcushamer, Isaac) (Entered: 03/07/2017) |
| 03/07/2017 | 8 (1 pg) | Notice *of Appearance for Purposes of CM/ECF* Filed by U.S. Trustee United States Trustee - ORL. (Aleskovsky, Audrey) (Entered: 03/07/2017) |
| 03/08/2017 | 9 (8 pgs) | Notice of Filing *of Proof of Service Upon (I) Alleged Debtor, Eagan Avenatti LLP and (II) Petitioning Creditor, Gerald Tobin* Filed by Isaac Marcushamer on behalf of Creditor Jason Frank Law, PLC (related document(s)3, 5, 7). (Marcushamer, Isaac) (Entered: 03/08/2017) |
| 03/08/2017 | 10 (1 pg) | PDF with attached Audio File. Court Date & Time [ 03/08/2017 14:29:39 ]. (ADIclerk) (Entered: 03/09/2017) |
| 03/08/2017 | 11 (1 pg) | Hearing Proceeding Memo: Hearing Held - **APPEARANCES: ELIZABETH GREEN (Debtor's Atty.) TIFFANY PAYNE (Debtor's Atty.) ISAAC M. MARCUSHAMER (Atty for Creditor, Jason Frank Law) JASON FRANK (Creditor) ERIC M. GEORGE (Atty.) WITNESSES: EVIDENCE: RULING:** (1) Emergency Motion for Relief from Stay by Creditor Jason Frank Law filed on 3/6/17 **(Doc. #3): Debtor has until noon on Friday, 3/10/17, to consent to bankruptcy. If the Debtor does not consent to bankruptcy, the stay will lift so that arbitration can proceed on 3/13/17. Order by Mr. Marcushamer.** Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). **This docket entry/document is not an official order of the Court.** (Chap, Dkt) (Entered: 03/09/2017) |
| 03/09/2017 | | Receipt of Filing Fee. Receipt Number 84734, Fee Amount $31.00 *TPDP-AUDIO TAPE 12/16*. (Chap, Dkt) (Entered: 03/10/2017) |
| | 12 (3 pgs) | Answer to Involuntary Petition *and Consent to Entry of Order for Relief and Reservation of Rights* Filed by Elizabeth A Green on behalf of Debtor Eagan |

| | | |
|---|---|---|
| 03/10/2017 | | Avenatti LLP (related document(s)1). (Green, Elizabeth) (Entered: 03/10/2017) [CM49] |
| 03/10/2017 | 13 (1 pg) | Order for Relief. Deficiency Compliance by: 3/24/2017. List of Creditors Due 3/24/2017. Service Instructions: Clerks Office to serve. (Calderon, Vivianne) Modified on 3/13/2017 (Calderon, Vivianne). (Entered: 03/10/2017) |
| 03/10/2017 | 14 (2 pgs) | Notice of Commencement of Case, Section 341 Meeting of Creditors, and Fixing Deadlines. Section 341(a) meeting to be held on 4/3/2017 at 09:00 AM at Orlando, FL (687) Suite 1203B, George C. Young Courthouse, 400 West Washington Street. Proofs of Claims due by 6/19/2017. (Calderon, Vivianne) (Entered: 03/10/2017) |
| 03/12/2017 | 15 (3 pgs) | BNC Certificate of Mailing - Notice of Meeting of Creditors. (related document(s) (Related Doc # 14)). Notice Date 03/12/2017. (Admin.) (Entered: 03/13/2017) |
| 03/12/2017 | 16 (2 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 13)). Notice Date 03/12/2017. (Admin.) (Entered: 03/13/2017) |
| 03/13/2017 | 17 (2 pgs) | List of 20 Largest Unsecured Creditors Filed by Elizabeth A Green on behalf of Debtor Eagan Avenatti LLP. (Green, Elizabeth) (Entered: 03/13/2017) |
| 03/13/2017 | 18 (1 pg) | Declaration under Penalty of Perjury for Non-Individual Debtors *for List of 20 Largest Unsecured Creditors* Filed by Elizabeth A Green on behalf of Debtor Eagan Avenatti LLP. (Green, Elizabeth) (Entered: 03/13/2017) |
| 03/14/2017 | 19 (10 pgs) | Chapter 11 Case Management Summary Filed by Tiffany D Payne on behalf of Debtor Eagan Avenatti LLP. (Payne, Tiffany) (Entered: 03/14/2017) |
| | 20 (10 pgs) | Emergency Motion *of the Debtor-In-Possession for an Order Authorizing Payment of "Gap" Compensation and Benefits and Directing Financial Institution to Honor Checks for the Payment of Same and Certificate of Necessity of Request for* |

| | | |
|---|---|---|
| 03/14/2017 | | *Emergency Hearing (Emergency Hearing Requested on or Before March 15, 2017)* Filed by Tiffany D Payne on behalf of Debtor Eagan Avenatti LLP (Payne, Tiffany) (Entered: 03/14/2017) [Granting by #37] |
| 03/14/2017 | | Preliminary Hearing Scheduled for 03/16/2017 11:00am Orlando, FL - Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. Re: Emergency Motion of the Debtor-In-Possession for an Order Authorizing Payment of "Gap" Compensation and Benefits and Directing Financial Institution to Honor Checks for the Payment of Same and Certificate of Necessity of Request for Emergency Hearing (Emergency Hearing Requested on or Before March 15, 2017) Doc 20. **This entry is not an official notice of hearing from the court. Noticing Instructions: Tiffany D Payne is directed to prepare, file and serve the notice of hearing on interested parties within 3 days. Failure to comply with the noticing instructions will result in cancellation of the hearing that addresses this specific matter.** (related document(s)20). (Chap, Dkt) (Entered: 03/14/2017) |
| 03/14/2017 | 21 (1 pg) | Order Denying Motion For Relief From Stay (Related Doc # 3) Service Instructions: Isaac Marcushamer is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Calderon, Vivianne) (Entered: 03/14/2017) |
| 03/14/2017 | 22 (3 pgs) | Proof of Service of Order Denying Motion for Relief from Stay [ECF No. 21]. Filed by Isaac Marcushamer on behalf of Creditor Jason Frank Law, PLC (related document(s)21). (Marcushamer, Isaac) (Entered: 03/14/2017) |
| 03/14/2017 | 23 (5 pgs) | Notice of Filing *Amended Exhibit A* Filed by Tiffany D Payne on behalf of Debtor Eagan Avenatti LLP (related document(s)20). (Payne, Tiffany) (Entered: 03/14/2017) |
| | 24 (4 pgs) | Notice of Hearing on Emergency Motion of the Debtor-In-Possession for an Order Authorizing Payment of "Gap" Compensation and Benefits and |

| | | |
|---|---|---|
| 03/14/2017 | | Directing Financial Institution to Honor Checks for the Payment of Same and Certificate of Necessity of Request for Emergency Hearing and Notice of Filing Amended Exhibit A Filed by Tiffany D Payne on behalf of Debtor Eagan Avenatti LLP (related document(s)23, 20). Hearing scheduled for 3/16/2017 at 11:00 AM at Orlando, FL - Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. (Payne, Tiffany) (Entered: 03/14/2017) |
| 03/15/2017 | 25 (1 pg) | Notice of Rescheduled Section 341 Meeting of Creditors. Filed by U.S. Trustee United States Trustee - ORL. Section 341(a) meeting to be held on 4/17/2017 at 09:00 AM at Orlando, FL (687) Suite 1203B, George C. Young Courthouse, 400 West Washington Street. (Kelso, Jill) (Entered: 03/15/2017) |
| 03/15/2017 | 26 (24 pgs) | Notice of 2004 Examination of The UPS Store, Inc.. Filed by Isaac Marcushamer on behalf of Creditor Jason Frank Law, PLC. (Marcushamer, Isaac) (Entered: 03/15/2017) |
| 03/15/2017 | 27 (24 pgs) | Notice of 2004 Examination of Petitioning Creditor, Gerald Tobin. Filed by Isaac Marcushamer on behalf of Creditor Jason Frank Law, PLC. (Marcushamer, Isaac) (Entered: 03/15/2017) |
| 03/15/2017 | 28 (5 pgs) | Proof of Service Filed by Tiffany D Payne on behalf of Debtor Eagan Avenatti LLP (related document(s) 24, 19, 23, 14, 20). (Payne, Tiffany) (Entered: 03/15/2017) |
| 03/16/2017 | 29 (3 pgs) | Certificate of Service Re: *Notice of Rescheduled Section 341 Meeting of Creditors* Filed by Tiffany D Payne on behalf of Debtor Eagan Avenatti LLP (related document(s)25). (Payne, Tiffany) (Entered: 03/16/2017) |
| 03/16/2017 | 30 (1 pg) | Annotated Exhibit List of Debtor from Hearing Held on 03/16/2017 . (Merola, Danielle) (Entered: 03/16/2017) |
| | 31 (4 pgs) | Motion to Extend Deadline to File Schedules or Provide Required Information *and Statement of* |

| | | |
|---|---|---|
| 03/16/2017 | | *Financial Affairs and List of Creditors Required by Fed. R. Bankr. P. 1007(A)(2)* Filed by Tiffany D Payne on behalf of Debtor Eagan Avenatti LLP (Payne, Tiffany) (Entered: 03/16/2017) [Granting by #33] |
| 03/16/2017 | 32 (2 pgs) | Hearing Proceeding Memo: Hearing Held - **APPEARANCES:** Tiffany Payne (Debtor) Jill Kelso (UST) Isaac Marcushamer (Creditor Jason Frank Law, PLC) (telephone) Ilyse Homer (Creditor Jason Frank Law, PLC) (telephone) **EVIDENCE: Debtor's Exhibit 1 admitted RULING:** (1) Emergency Motion of the Debtor-In-Possession for an Order Authorizing Payment of "Gap" Compensation and Benefits and Directing Financial Institution to Honor Checks for the Payment of Same **(Doc #20): Granted. Order by Ms. Payne. There will be a further status conference in this case at 11:00 a.m. on April 17, 2017. (AOCNFNG).** Notice of Filing Amended Exhibit A (Doc #23) (filed 3/14/17) *PRO MEMO BY DLM* Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). **This docket entry/document is not an official order of the Court.** (Chap, Dkt) (Entered: 03/16/2017) |
| 03/16/2017 | 34 (1 pg) | 🔊 PDF with attached Audio File. Court Date [03/16/2017]. (ADIclerk) (Entered: 03/22/2017) |
| 03/17/2017 | 33 | Order Granting Motion to Extend Time. This case came on for consideration on the Motion to Extend Deadline to File Schedules or Provide Required Information *and Statement of Financial Affairs and List of Creditors Required by Fed. R. Bankr. P. 1007 (A)(2)* Filed by Tiffany D Payne on behalf of Debtor Eagan Avenatti LLP (Document Number 31). It is ORDERED that the Motion is GRANTED, and the time is extended to 3/31/2017. By the Honorable Karen S. Jennemann (text-only order). *This entry is the Official Order of the Court. No document is attached.* CERTIFICATE OF SERVICE via U.S. Mail to: Eagan Avenatti LLP,520 Newport Center Drive #1400,New Port Beach, CA 92660. *(related document(s)31).* Service Instructions: Clerks Office to serve. (Calderon, Vivianne) (Entered: 03/17/2017) |

| | | |
|---|---|---|
| 03/23/2017 | 35 (2 pgs) | Cross Notice of 2004 Examination of The UPS Store, Inc.. Filed by Tiffany D Payne on behalf of Debtor Eagan Avenatti LLP (related document(s) 26). (Payne, Tiffany) (Entered: 03/23/2017) |
| 03/23/2017 | 36 (2 pgs) | Cross Notice of 2004 Examination of Gerald Tobin. Filed by Tiffany D Payne on behalf of Debtor Eagan Avenatti LLP (related document(s)27). (Payne, Tiffany) (Entered: 03/23/2017) |
| 03/23/2017 | 37 (2 pgs) | Order Granting Motion *for an Order Authorizing Payment of "Gap" Compensation and Benefits and Directing Financial Institution to Honor Checks for the Payment of Same* (Related Doc # 20). Service Instructions: Tiffany Payne is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Calderon, Vivianne) (Entered: 03/23/2017) |
| 03/24/2017 | 38 (3 pgs) | Certificate of Service Re: Order Granting Debtor-in-Possession's Emergency Motion for an Order Authorizing Payment of "Gap" Compensation and Benefits and Directing Financial Institutions to Honor Checks for the Payment of Same. Filed by Tiffany D Payne on behalf of Debtor Eagan Avenatti LLP (related document(s)37). (Payne, Tiffany) (Entered: 03/24/2017) |
| 03/24/2017 | 39 (1 pg) | Supplemental Certificate of Service Re: Order Granting Motion for an Order Authorizing Payment of "Gap" Compensation and Benefits and Directing Financial Institution to Honor Checks for the Payment of Same. Filed by Tiffany D Payne on behalf of Debtor Eagan Avenatti LLP (related document(s)37). (Payne, Tiffany) (Entered: 03/24/2017) |
| 03/31/2017 | 40 (4 pgs) | Second Motion to Extend Time *to File Schedules, Statement of Financial Affairs, and the List of Creditors Required by Fed. R. Bankr. P. 1007(a)(2)* Filed by Tiffany D Payne on behalf of Debtor Eagan Avenatti LLP (related document(s)31, 33 ). (Payne, Tiffany) (Entered: 03/31/2017) [Granting by #41] |
| | 41 | Order Granting Motion to Extend Time. This case came on for consideration on the Second Motion to Extend Time *to File Schedules, Statement of* |

| | | |
|---|---|---|
| 04/03/2017 | | *Financial Affairs, and the List of Creditors Required by Fed. R. Bankr. P. 1007(a)(2)* Filed by Tiffany D Payne on behalf of Debtor Eagan Avenatti LLP (related document(s)31, 33 ). (Document Number 40). It is ORDERED that the Motion is GRANTED, and the time is extended to April 6, 2017. By the Honorable Karen S. Jennemann (text-only order). *This entry is the Official Order of the Court. No document is attached.* CERTIFICATE OF SERVICE via U.S. Mail to: Eagan Avenatti LLP,520 Newport Center Drive #1400,New Port Beach, CA 92660 (related document(s)40). Service Instructions: Clerks Office to serve. (Hill, Rutha) (Entered: 04/03/2017) |
| 04/04/2017 | 42 (3 pgs) | Notice *of Intent to Attend Rule 2004 Examination Duces Tecum of The UPS Store, Inc. via Web Conferencing* Filed by Isaac Marcushamer on behalf of Creditor Jason Frank Law, PLC (related document(s)26). (Marcushamer, Isaac) (Entered: 04/04/2017) |
| 04/06/2017 | 43 (2 pgs) | Cross Notice of 2004 Examination of The UPS Store. *and Request for Copies* Filed by Jill E Kelso on behalf of U.S. Trustee United States Trustee - ORL (related document(s)26). (Kelso, Jill) (Entered: 04/06/2017) |
| 04/06/2017 | 44 (2 pgs) | Cross Notice of 2004 Examination of Gerald Tobin. *and Request for Copies* Filed by U.S. Trustee United States Trustee - ORL (related document(s)27). (Kelso, Jill) (Entered: 04/06/2017) |
| 04/06/2017 | 45 (7 pgs) | Application to Employ Elizabeth A. Green and the Law Firm of Baker & Hostetler LLP as Chapter 11 Counsel *Nunc Pro Tunc to March 10, 2017* Filed by Elizabeth A Green on behalf of Debtor Eagan Avenatti LLP (Green, Elizabeth) (Entered: 04/06/2017) [CM41] |
| | 46 (5 pgs) | Verified Statement *Pursuant to Rule 2014 of the Federal Rules of Bankruptcy Procedure in Support of Application of Eagan Avenatti, LLP to Employ Elizabeth A. Green and the Law Firm of Baker & Hostetler LLP, as Counsel for the Debtor Nunc Pro Tunc to March 10, 2017* Filed by Elizabeth A Green on behalf of Debtor Eagan Avenatti LLP (related |

| | | |
|---|---|---|
| 04/06/2017 | | document(s)45). (Green, Elizabeth) (Entered: 04/06/2017) |
| 04/06/2017 | 47 (5 pgs) | Statement/Disclosure of Compensation of Attorney *Pursuant to 11 U.S.C. § 329(a) and Federal Rules of Bankruptcy Procedure 2016(b)* Filed by Elizabeth A Green on behalf of Debtor Eagan Avenatti LLP. (Green, Elizabeth) (Entered: 04/06/2017) |
| 04/06/2017 | 48 (17 pgs) | Schedules A - H, *and Summary of Schedules* (Fee Paid.) Filed by Elizabeth A Green on behalf of Debtor Eagan Avenatti LLP. (Green, Elizabeth) (Entered: 04/06/2017) |
| 04/06/2017 | 49 (1 pg) | Declaration under Penalty of Perjury for Non-Individual Debtors Filed by Elizabeth A Green on behalf of Debtor Eagan Avenatti LLP. (Green, Elizabeth) (Entered: 04/06/2017) |
| 04/06/2017 | 50 (10 pgs) | Statement of Financial Affairs Filed by Elizabeth A Green on behalf of Debtor Eagan Avenatti LLP. (Green, Elizabeth) (Entered: 04/06/2017) |
| 04/06/2017 | 51 (1 pg) | List of Equity Security Holders Filed by Elizabeth A Green on behalf of Debtor Eagan Avenatti LLP. (Green, Elizabeth) (Entered: 04/06/2017) |
| 04/06/2017 | 52 (1 pg) | Statement of Corporate Ownership. Filed by Elizabeth A Green on behalf of Debtor Eagan Avenatti LLP. (Green, Elizabeth) (Entered: 04/06/2017) |
| 04/06/2017 | | Receipt of Filing Fee for Schedules (all schedules, individual schedules or amended schedules)(6:17-bk-01329-KSJ) [misc,schaja] ( 31.00). Receipt Number 53258247, Amount Paid $ 31.00 (U.S. Treasury) (Entered: 04/06/2017) |
| 04/06/2017 | 53 (3 pgs) | Certificate of Mailing *of Notice of Commencement of Case and Notice of Rescheduled Section 341 Meeting of Creditors to Additional Creditors* Filed by Tiffany D Payne on behalf of Debtor Eagan Avenatti LLP (related document(s)14, 25). (Payne, Tiffany) (Entered: 04/06/2017) |
| | 54 | Amended Certificate of Service Re: *Application to* |

| | | |
|---|---|---|
| 04/07/2017 | (4 pgs) | *Employ Elizabeth A. Green and the Law Firm of Baker & Hostetler LLP as Chapter 11 Counsel Nunc Pro Tunc to March 10, 2017; Verified Statement Pursuant to Rule 2014 of the Federal Rules of Bankruptcy Procedure in Support of Application of Eagan Avenatti, LLP to Employ Elizabeth A. Green and the Law Firm of Baker & Hostetler LLP, as Counsel for the Debtor Nunc Pro Tunc to March 10, 2017: and Statement/Disclosure of Compensation of Attorney Pursuant to 11 U.S.C. § 329(a) and Federal Rules of Bankruptcy Procedure 2016(b)* Filed by Elizabeth A Green on behalf of Debtor Eagan Avenatti LLP (related document(s)47, 45, 46). (Green, Elizabeth) (Entered: 04/07/2017) |
| 04/11/2017 | 55 (2 pgs) | Notice of Appearance and Request for Notice Filed by David H Stein on behalf of Creditor Wilentz, Goldman & Spitzer, P.A.. (Stein, David) (Entered: 04/11/2017) |
| 04/13/2017 | 56 (11 pgs) | Motion to Transfer Case to Another District *(re: Central District of California) or, in the Alternative, to Dismiss Case.* Filed by U.S. Trustee United States Trustee - ORL. (Kelso, Jill) Modified on 4/14/2017 (Calderon, Vivianne). (Entered: 04/13/2017) [Granting by #69] [CM08] |
| 04/17/2017 | 57 (24 pgs) | Notice of 2004 Examination *Duces Tecum* of Corporate Representative of Global Baristas US, LLC. *(Scheduled for May 22, 2017 at 9:30 a.m.)* Filed by Isaac Marcushamer on behalf of Creditor Jason Frank Law, PLC. (Marcushamer, Isaac) Modified on 4/18/2017 (Calderon, Vivianne). (Entered: 04/17/2017) |
| 04/17/2017 | 58 (24 pgs) | Notice of 2004 Examination of Corporate Representative of Global Baristas LLC. *(Duces Tecum) (Scheduled for May 22, 2017 at 11:30 a.m.* Filed by Isaac Marcushamer on behalf of Creditor Jason Frank Law, PLC. (Marcushamer, Isaac) (Entered: 04/17/2017) |
| | 59 (24 pgs) | Notice of 2004 Examination of Corporate Representative of Doppio, Inc.. *(Duces Tecum) (Scheduled for May 22, 2017 at 1:30 p.m.)* Filed by Isaac Marcushamer on behalf of Creditor Jason Frank Law, PLC. (Marcushamer, Isaac) (Entered: |

Middle District of Florida Live Database
Case 8:17-bk-11878-CB Doc 1-1 Filed 05/10/17 Entered 05/10/17 14:53:01 Desc Page 13 of 14
docket Page 13 of 14

| | | |
|---|---|---|
| 04/17/2017 | | 04/17/2017) |
| 04/17/2017 | 60 (22 pgs) | Notice of 2004 Examination of Debtor's principal, Michael J. Avenatti. *(Duces Tecum) (Scheduled for May 23, 2017 at 9:30 a.m.)* Filed by Isaac Marcushamer on behalf of Creditor Jason Frank Law, PLC. (Marcushamer, Isaac) (Entered: 04/17/2017) |
| 04/17/2017 | 61 (22 pgs) | Notice of 2004 Examination of Avenatti & Associates, a Professional Corporation. *(Duces Tecum) (Scheduled for May 23, 2017 at 4:00 p.m.)* Filed by Isaac Marcushamer on behalf of Creditor Jason Frank Law, PLC. (Marcushamer, Isaac) (Entered: 04/17/2017) |
| 04/17/2017 | 62 (12 pgs) | Notice of 2004 Examination of Debtor, Eagan Avenatti LLP. *(Duces Tecum) (Scheduled for May 24, 2017 at 9:30 a.m.)* Filed by Isaac Marcushamer on behalf of Creditor Jason Frank Law, PLC. (Marcushamer, Isaac) (Entered: 04/17/2017) |
| 04/17/2017 | 63 (8 pgs) | Notice of 2004 Examination of Judy Regnier. *(Scheduled for May 25, 2017 at 9:30 a.m.)* Filed by Isaac Marcushamer on behalf of Creditor Jason Frank Law, PLC. (Marcushamer, Isaac) (Entered: 04/17/2017) |
| 04/17/2017 | 64 (25 pgs) | Notice of 2004 Examination of Corporate Representative of The X-Law Group, P.C.. *(Duces Tecum) (Scheduled for May 26, 2017 at 9:30 a.m.)* Filed by Isaac Marcushamer on behalf of Creditor Jason Frank Law, PLC. (Marcushamer, Isaac) (Entered: 04/17/2017) |
| 04/17/2017 | 65 (24 pgs) | Notice of 2004 Examination of Filippo Marchino. *(Duces Tecum) (Scheduled for May 26, 2017 at 11:30 a.m.)* Filed by Isaac Marcushamer on behalf of Creditor Jason Frank Law, PLC. (Marcushamer, Isaac) (Entered: 04/17/2017) |
| 04/17/2017 | 66 (26 pgs) | Notice of 2004 Examination of Damon Rogers. *(Duces Tecum) (Scheduled for May 26, 2017 at 1:30 p.m.)* Filed by Isaac Marcushamer on behalf of Creditor Jason Frank Law, PLC. (Marcushamer, Isaac) (Entered: 04/17/2017) |

| | | |
|---|---|---|
| 04/17/2017 | 67 (2 pgs) | Hearing Proceeding Memo: Hearing Held - **APPEARANCES:** Tiffany Payne (Debtor) Jill Kelso (UST) Elyse Homer (Jason Frank Law, PLC) **RULING:** (1) Status Conference (2) United States Trustee's Motion to Transfer Case to Another District (re: Central District of California) or, in the Alternative, to Dismiss Case (Doc #56): **Granted. Order by Ms. Kelso. *PRO MEMO BY DLM*** Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). **This docket entry/document is not an official order of the Court.** (Chap, Dkt) (Entered: 04/17/2017) |
| 04/17/2017 | 68 (1 pg) | PDF with attached Audio File. Court Date & Time [ 04/17/2017 10:51:39 ]. (ADIclerk) (Entered: 04/18/2017) |
| 04/21/2017 | 69 (2 pgs) | Order Granting Motion to Transfer Case to Another District. Case Transferred to Central District of California, Santa Ana Division (Related Doc # 56). Service Instructions: Clerks Office to serve. (Calderon, Vivianne) (Entered: 04/21/2017) |
| 04/21/2017 | 70 (26 pgs) | Notice *of Issuance of Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (Peoples Bank, Biloxi, Mississippi and California Bank & Trust)* Filed by Isaac Marcushamer on behalf of Creditor Jason Frank Law, PLC. (Marcushamer, Isaac) (Entered: 04/21/2017) |
| 04/23/2017 | 71 (4 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 69)). Notice Date 04/23/2017. (Admin.) (Entered: 04/24/2017) |

I CERTIFY THE FOREGOING TO BE A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE UNITED STATES BANKRUPTCY COURT CLERK OF COURT
_Vivianne Calderon_ 5/8/17
DEPUTY CLERK